Nathan K. Low (SBN 299587)
E-Mail: nlow@fisherphillips.com
Jessica A. Taylor (SBN 301708)
E-Mail: jataylor@fisherphillips.com
Phil N. Bui (SBN 328471)
E-Mail: pnbui@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
HD SUPPLY MANAGEMENT, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OSCAR PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> HD SUPPLY MANAGEMENT, LLC, a corporation and DOES 1-100, inclusive, <br><br> Defendant. | CASE NO.: 5:26-cv-01800-SVK <br><br> *[Removed from Santa Clara Superior Court, Case No. 26CV484488]* <br><br> [PROPOSED] **ORDER GRANTING DEFENDANT HD SUPPLY MANAGEMENT, LLC'S MOTION TO STAY** <br><br> *[Filed concurrently with Notice of Motion and Motion; and Declaration of Phil N. Bui]* <br><br> Date:  May 19, 2026 <br> Time: 10:00 a.m. <br> Dept: Courtroom 6 <br><br> State Complaint Filed:    January 15, 2026 <br> Removal Date:             March 2, 2026 <br> Trial Date:               Not Set |

[PROPOSED] ORDER GRANTING DEFENDANT HD SUPPLY MANAGEMENT, LLC'S MOTION TO STAY
FP 62339760.1

having considered the papers, and good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED**:

1.      Defendant's Unopposed Motion to Stay (Dkt. 9) is granted.

2.      All deadlines for this case are stayed pending final resolution of the first-filed action captioned *Simon Delgado v. HD Supply Management, LLC*, Case No.: 2:25-cv-02709-DJC-CKD, pending in the United States District Court, Eastern District of California ("First-Filed Action").

3.      The parties shall file a Joint Status Report with this Court within ninety (90) days of the date of this Order, and every ninety (90) days thereafter, advising the Court of the status of the First-Filed Action.

4.      Either party may move this Court at any time to lift or modify the stay upon a showing that the first-filed Action has been finally resolved or other circumstances have materially changed such that continuation of the stay is longer appropriate in the interest of justice. Any such motion shall comply with the applicable Local Rules of the Court.

**THE COURT FURTHER ORDERS:**

The Clerk of Court shall administratively close this case.

_____

_____.

**IT IS SO ORDERED.**

DATED:      April 26, 2026_____      By: _____

SUSAN VAN KEULEN

UNITED STATES MAGISTRATE JUDGE

2                                      CASE NO. 5:26-CV-01800-SVK

[PROPOSED] ORDER GRANTING DEFENDANT HD SUPPLY MANAGEMENT, LLC'S MOTION TO STAY

FP 62339760.1